

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-23-2005

# Wilderman v. Cooper & Scully PC

Precedential or Non-Precedential: Precedential

Docket No. 04-1876

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Wilderman v. Cooper & Scully PC" (2005). *2005 Decisions*. Paper 8.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/8

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No.  04-1876

_____

BRUCE J. WILDERMAN, D.D.S.;
HEIDY D. WILDERMAN,

Appellants

v.

COOPER & SCULLY, P.C.

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 04-cv-00460)
District Judge: Honorable Stewart Dalzell

_____

Submitted Under Third Circuit LAR 34.1(a)
September 30, 2005

Before: ALITO, and AMBRO, <u>Circuit Judges</u>
RESTANI,* <u>Chief Judge</u>

(Opinion filed October 28, 2005)

_____

**<u>ORDER  AMENDING  PUBLISHED  OPINION</u>**

_____

* Honorable Jane A. Restani, Chief Judge,  United States Court of International Trade, sitting by designation.

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed October 28, 2005, be amended as follows:

On page 3, note 1, line 12, replace the word "the" with ". . .".

On page 6, first full paragraph beginning "On the other hand", line 4, replace the word "finding" with the word "holding".

On page 6, first full paragraph beginning "On the other hand", line 9, replace the word "finding" with the word "holding".

On page 7, last paragraph, second line, after the word "appealable" and before the quote starting "'based upon ...'", insert the phrase "because it was".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated:  December 23, 2005
CMH/cc: RMG, REM, SJP, GWB, KK, GW